UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TAJUANDA JAMES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 1:20-cv-02827-RLY-TAB ) |
| EHOB, INC., | ) ) |
| Defendant. | ) ) ) |

**ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff Tajuanda James and Defendant, EHOB, Inc., having filed a Joint Stipulation of Dismissal with Prejudice,

IT IS THEREFORE ORDERED that all claims asserted by Plaintiff Tajuanda James in this matter are dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

Date: 9/21/2021

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the Court's ECF system